C. H. Tillman and Ella Tillman, his wife, Appellants, v. E. J. Blume, doing business as E. J. Blume & Company, Appellee.

An Appeal from a Decree of the Circuit Court within and for the County of Suwannee.

Appeal dismissed on motion of counsel for appellee at costs of appellants.

R. T. Boozer, for Appellants;

John F. Harrell, for Appellee.

———

Appeal dismissed on motion of counsel for appellee at costs of appellant.